Entered: September 6, 2016
Signed: September 6, 2016

**SO ORDERED**



_____
THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE

**In re:   Case No.: 16–17289 – TJC    Chapter:  7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Lona J. Johnson
*debtor has no known aliases*
13268 Meander Cove Dr
Unit 13
Germantown, MD 20874–3730

Social Security No.:   xxx–xx–3414

Employer's Tax I.D. No.:

# FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor(s) on 5/27/16.

The estate of the above−named debtor(s) has been fully administered.

ORDERED, that Michael G. Wolff is discharged as trustee of the estate of the above−named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**End of Order**

**fnldec** – *admin*